MARCIA KRAUS et al., Respondents, v. JOHN O'CONNELL, Appellant. — Appeal limited by appellant's brief, from so much of an order as extended the time of the respondents to serve a bill of particulars pursuant to a prior

order of preclusion. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.